# Broker's Price Opinion

Type of Inspection: ☐ Complete  ☒ Drive-by                    Inspection Date: _02_ / _24_ / _2020_

## Subject Property:

REO #: _____    Name of Borrower(s): _Twardowski & Snyder_

Street Address: _224 Gettysburg Dr_ _____    APN: _120210104002_

City: _Bolingbrook_ _____    State: _IL_ ____    ZIP Code: _60440_

Type: ☒ SFR  ☐ Townhouse  ☐ Condo  ☐ Duplex  ☐ Triplex  ☐ Fourplex  ☐ PUD  ☐ Other

Number of Units in Complex: _1_    % Owner Occupied: _____  ☐ VA/FHA Approved  ☐ Rent Control

HOA/Mgmt. Co.: _____    HOA Contact Person: _____

HOA Phone #: (___) _____    HOA Dues: $ _____ per month

Comments: _____

## Marketing Strategy:

| Marketing Time Plan:<br>(From List Date to Contract) | 60 – 120 Days | |
|---|---|---|
| Condition: | "As-Is" | Repaired |
| Probable Sales Price: | $190,000 | $190,000 |
| Suggested List Price: | $199,900 | $199,9000 |
| Most Likely Financing:<br>(Conv., FHA, Cash, Etc.) | Conv | Conv |
| Listing Agent's Marketing Strategy: | ☐ | ☒ |

Market this asset Refurbished or As-Is because: _Will get more bang for the buck if repaired. But will depend on condition of the house._

## Occupancy Status:

☐ Vacant    ☒ Appears Occupied, But Personal Belongings Remain

☐ Occupied by: _Tenant/Trustor's Name_ _____    Phone Number: (___) _____

Secured? ☐ Yes  ☐ No    Rekeyed? ☐ Yes  ☐ No    Lockbox Combination: _____

Comments: _____

## Condition and Repair Estimates:

General Condition: ☐ Good  ☐ Average  ☐ Fair  ☐ Poor  ☐ Vandalized  ☐ Fire Damage    *Agent Estimates*

| | | |
|---|---|---|
| Exterior Paint: | | $ |
| Interior Paint: | | $ |
| Carpet: | | $ |
| Other Flooring: | | $ |
| Kitchen: | | $ |
| Bathroom(s): | | $ |
| Plumbing: | | $ |
| Electrical: | | $ |
| Roofing: | | $ |
| Cleaning: | | $ |
| Landscaping: | | $ |
| Other: | | $ |
| | *Total Estimate* | $ |

## Reports and Inspections

*Based on Broker's Initial Inspection of Accessible Areas, Additional Reports Are Recommended or Mandated by Local Gov't Agencies:*

☐ Occupancy Cert.  ☐ Termite  ☐ Roof  ☐ Well  ☐ Septic  ☐ Electrical

☐ Plumbing  ☐ Heating/AC  ☐ Mechanical  ☐ Structural  ☐ Geological  ☐ Other

Comments: _____

## Neighborhood and Market Conditions:

Property Values: ☐ Increasing  ☒ Stable  ☐ Declining

Demand/Supply: ☒ Shortage  ☐ In Balance  ☐ Oversupply

Land Use Change: ☒ Not Likely  ☐ Likely  ☐ In Progress

Desirability (Good, Average, Poor, etc.): _Average_

Comments: _In the last 6 months there has been 20 sales in subject neighborhood. Currently there are 8 homes for sale and out those 8 homes 7 have accepted offers. This neighborhood is popular with investors as a rental area._

## Obsolescence:

Describe Any Economic Obsolescence: _None_

Describe Any Functional Obsolescence: _None_


HACU
EXHIBIT
A

## Market Analysis:

| | Style | Sq. Ft. | Total Rooms | Bed | Bath | Potential Roof Amt. | Bsmt./ Rooms | Garage? # of Car | Lot Size | Age | Previous DOM/LP | Current LP | LB Combo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject Property | Ranch | 1133 | 5 | 3 | 2 | $ | None | 1 Car Attached | 8204 | 44 | / $ | $ | |

Comments: _____

## Comparable Properties:

Number of Comparable Listings in the Immediate Area: __8__     Price Range: $140000 _____ to $429000 _____

Average Days on Market for Comparable Listings: __92__     For Comparable Sales: __48__

Is There New Construction Nearby? ☐ Yes ☒ No     New Construction Price Range: $ _____ to $ _____

## Comparable Listings:

| Comparable Listing | Style | Sq. Ft. | Total Rooms | Bed | Bath | Proximity To Subject | Bsmt./ Bonus | Garage? # of Car | Lot Size | Age | DOM | Orig. LP | Current LP | Owner * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 304 Appling Ln, Bolingbrook, IL | Ranch | 1133 | 5 | 3 | 2 | .229 | None | 1 Car Attached | 7286 | 44 | 6 | $180,000 | $180,000 | |
| 225 Lafayette Dr, Bolingbrook, IL | Ranch | 1262 | 6 | 3 | 2 | .298 | None | 2 Car Attached | 7978 | 48 | 37 | $214,900 | $214,900 | Owner Occupant |
| 177 Brandon Ct, Bolingbrook, IL | Ranch | 1292 | 7 | 3 | 1 | .595 | None | 1 Car Att/3 Car Det | 7103 | 48 | 103 | $214,900 | $210,000 | |

| | Condition | Type of Financing | *COMMENTS: Special Financing/Marketing Incentives/Seller Concessions (Discount Points, etc.) |
|---|---|---|---|
| Comp. #1 | Average | Conventional | Contract pending Multiple offers received called for highest & best offer. |
| Comp. #2 | Average | Conventional | Contract pending |
| Comp. #3 | Average | Conventional | Contract pending |

Indicate the listing most comparable to subject   1 ☐   2 ☒   3 ☐     Indicate listing(s) that were personally inspected   1 ☐   2 ☐   3 ☐

* Please indicate owner type: REO (i.e. FNMA, HUD, VA), Owner Occupant, Investor

Comparable Listing Comments:   List #1 move in condition kitchen and baths have been updated.

List #2 Kitchen and baths have been updated.

List #3 Kitchen and baths dated but functional. Has a 1 car attached garage and a 3-car detached garage.

## Comparable Sales:

| Item | Subject 224 Gettysburg Dr, Bolingbrook, IL | Comparable No. 1 229 Lincolnshire Ln, Bolingbrook, IL | | Comparable No. 2 133 Delaware Dr, Bolingbrook, IL | | Comparable No. 3 132 Mayfield Dr, Bolingbrook, IL | |
|---|---|---|---|---|---|---|---|
| Address | | | | | | | |
| Proximity to Subject | | .124 | | .396 | | .562 | |
| Sales Price | | | $192,900 | | $189,500 | | $200,000 |
| Price/Gross Liv. Area | | $170.26 sq. ft. | | $150.16 sq. ft. | | $184.67 sq. ft. | |
| Data Source | | MLS/Assessor | | MLS/Assessor | | MLS/Assessor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Type of Financing And Concessions | | Conventional | | FHA | | Cash | |
| Date of Sale/DOM | / | 09/03/19 / 7 | | 09/27/19 / 7 | | 11/25/19 / 41 | |
| Location/Lot Size | Subdivision / 8204 | Subdivision / 8740 | | Subdivision / 7243 | | Subdivision / 7483 | |
| Site/View | Residential | Residential | | Residential | | Residential | |
| Design and Appeal | Ranch / | Ranch / | | Ranch / | | Ranch / | |
| Quality of Construction | Brick/Frame | Brick/Frame | | Brick/Frame | | Brick/Frame | |
| Age | 44 | 44 | | 47 | | 49 | |
| Condition | | Good | | Good | | Excellent | |
| (Above Grade) | Total / Bed / Bath | Total / Bed / Bath | | Total / Bed / Bath | | Total / Bed / Bath | |
| Room Count | 5 / 3 / 2 | 6 / 3 / 2 | | 6 / 3 / 2 | | 7 / 3 / 1 | |
| Gross Living Area | 1133 | 1133 | | 1262 | | 1083 | |
| Basement & Finished Rooms (Below Grade) | None | None | | None | | None | |
| Functional Utility | 3 Bed | 3 Bed | | 3 Bed | | 3 Bed | |
| Heating and Cooling | Forced Air | Forced Air | | Gas | | Gas | |
| Garage/Carport | 1 Car Attached | 1 Car Attached | | 2 Car Attached | | 1 Car Attached | |
| Porches, Patios, Pools, etc | | | | | | | |
| Special Energy Efficient Item(s) | | | | | | | |
| Fireplace(s) | None | None | | None | | None | |
| Other (e.g. kitchen Equip., remodeling) | | | | | | | |
| Net Adj. (total) | | ☐+ ☐- $ | | ☐+ ☐- $ | | ☐+ ☐- $ | |
| Indicated Value Of Subject | | | $192,900 | | $189,500 | | $200,000 |

Comments:   Subject is located in the older section of Bolingbrook. This area appeals to homeowners as well as investors who like to buy properties and rent them out. Based on the exterior inspection the home appears to be maintained and the MLS from 2016 shows the house was updated with

new windows, new patio door updated kitchen with 42-inch Cherry cabinets and SS appliances. The roof is 9 years old. Access to shopping and schools within a 10-15-minute commute by car.

| Agent: | Glen Piske | Company: | Winfield Realty | Agent ID #: | 259338 |
|---|---|---|---|---|---|
| Signature: | | | Report Date: | | |

© 1996, PMC, Revised 6/97

**ASSET #_____**
**PROPERTY ADDRESS_____**

Please detail subject property's characteristics with respect to the following:

### Condition of property:

From exterior home appears to be maintained

### Who is our Buyer:

First time buyer or investor

### Refurbish vs. AS IS Analysis:

Need to see interior but prior MLS from 2016 shows house has been updated.

### Highest and best use of subject property:

Single family home

### Conformity to Neighborhood:

Subject conforms to neighborhood.

### Recommended inspections and why:

Interior

### Identify any positive or negative location influences:

Easy access to shopping and expressways. Middle school is a half block away from subject.

### Availability of financing:

Should qualify for all.

### Marketing Action Plan:

Need to see property condition to determine

| Borrower/Client | Twardowski, Ryan and Jessica | | | File No. T73 | | |
|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | |
| City | Bolingbrook | County | Will | State | IL | Zip Code 60440 |
| Lender | Healthcare Associates | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Report is **one** of the following types:

☒ Appraisal Report  (A written report prepared under Standards Rule  2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Appraisal Report  (A written report prepared under Standards Rule  2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

## Reasonable Exposure Time

(USPAP defines Exposure Time as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.)
My Opinion of Reasonable Exposure Time for the subject property at the market value stated in this report is:  60-120 days.

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: | Signature: |
| Name: Tom Schmidt | Name: |
| State Certification #: 556-001788 | State Certification #: |
| or State License #: | or State License #: |
| State: IL   Expiration Date of Certification or License: 09/30/2021 | State:   Expiration Date of Certification or License: |
| Date of Signature and Report: 04/28/2020 | Date of Signature: |
| Effective Date of Appraisal: 04/23/2020 | |
| Inspection of Subject: ☐ None ☒ Interior and Exterior ☐ Exterior-Only | Inspection of Subject: ☐ None ☐ Interior and |
| Date of Inspection (if applicable): 04/23/2020 | Date of Inspection (if applicable): |

HACU
EXHIBIT
B

The Warren Group

Main File No. T73    Page # 4 of 19

## Uniform Residential Appraisal Report
File # T73

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 224 Gettysburg Dr | City | Bolingbrook | State | IL | Zip Code | 60440 |
|---|---|---|---|---|---|---|---|

Borrower Twardowski, Ryan and Jessica    Owner of Public Record Twardowski, Ryan and Jessica    County Will

Legal Description See lender's title policy

Assessor's Parcel # 12-02-10-404-002    Tax Year 2018    R.E. Taxes $ 4,752.66

Neighborhood Name Cherrywood    Map Reference 16984    Census Tract 8801.07

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ 0    ☐ PUD  HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client Healthcare Associates    Address 1151 E. Warrenville Rd., Naperville, IL 60566-7053

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    MLS / Public Records

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE | AGE | | One-Unit | 90 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | $ (000) | (yrs) | | 2-4 Unit | % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 98 Low | 30 | | Multi-Family | 5 % |
| Neighborhood Boundaries | | The subject neighborhood could be considered: Boughton Rd to the north, Rte | | | | 235 High | 50 | | Commercial | 5 % |
| 53 to the east, Briarcliffe to the south and Schmidt Rd to the west. | | | | | | 166 Pred. | 40 | | Other | % |

Neighborhood Description Subject property is adequately served by most essentials including schools, shopping, employment opportunities and transportation. A good level of maintenance was displayed. No adverse influences were observed. No adverse conditions were noted that would effect the subject's market value or marketability.

Market Conditions (including support for the above conclusions) The subject area is stable with values beginning to increase slightly. Supply and demand appear to be in balance, with typical marketing times of 1 to 4 months. Personal property items are not included in this market value estimate.

| Dimensions 72 x 114 | Area 8,208 sf | Shape Rectangular | View Typical |
|---|---|---|---|

Specific Zoning Classification R-3    Zoning Description SFR

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 17197C0054G    FEMA Map Date 2/15/2019

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

Subject is located on the south side of the street. There are no apparent adverse influences due to easements or encroachments.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Concrete Avg | | Floors Eng Fl Cpt Avg | |
| # of Stories 1 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Frame Avg | | Walls Drywall Avg | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area sq.ft. | | Roof Surface Asphalt Avg | | Trim/Finish Wood Avg | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish % | | Gutters & Downspouts Aluminum Avg | | Bath Floor Ceramic Tile Avg | |
| Design (Style) Ranch | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Dbl Hung Avg | | Bath Wainscot Fiberglass Avg | |
| Year Built 1976 | | Evidence of ☐ Infestation | | Storm Sash/Insulated Yes | | Car Storage ☐ None | |
| Effective Age (Yrs) 25 | | ☐ Dampness ☐ Settlement | | Screens Yes | | ☒ Driveway # of Cars 3 | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | Woodstove(s) # | Driveway Surface Asphalt | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☐ Fireplace(s) # | ☒ Fence chain link | ☒ Garage # of Cars 1 | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck deck | ☐ Porch | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool | ☒ Other shed | ☒ Att. ☐ Det. ☐ Built-in | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: 6 Rooms 3 Bedrooms 2 Bath(s) 1,093 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). 100 amp power panel, 40 gal. hot water heater, stainless steel appliances, granite counter tops in the kitchen along with engineered flooring in the foyer, hallway, living room, dining room and kitchen.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). No atypical physical, functional or external obsolescence was observed.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Freddie Mac Form 70 March 2005    Page 1 of 6    Fannie Mae Form 1004 March 2005

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Main File No. T73    Page # 5 of 19

## Uniform Residential Appraisal Report
File # T73

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| There are 0 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 000,000 to $ 000,000 . | | | | |
| There are 4 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 190,000 to $ 214,000 . | | | | |
| Address | 224 Gettysburg Dr | 229 Lincolnshire Ln | 225 Lafayette Dr | 304 Appling Ln |
| | Bolingbrook, IL 60440 | Bolingbrook, IL 60440 | Bolingbrook, IL 60440 | Bolingbrook, IL 60440 |
| Proximity to Subject | | 0.02 miles SE | 0.29 miles S | 0.14 miles SW |
| Sale Price | $ | $ 192,900 | $ 214,000 | $ 197,500 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 170.26 sq.ft. | $ 169.57 sq.ft. | $ 174.32 sq.ft. |
| Data Source(s) | | MLS#10465874 | MLS#10614450 | MLS#10643299 |
| Verification Source(s) | | Public Records | Public Records | Public Records |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment | DESCRIPTION +(-) $ Adjustment |
| Sales or Financing | | Conventional | Conv Pts -6,000 | FHA |
| Concessions | | 7 days on mkt | 12 days on mkt | 5 days on mkt |
| Date of Sale/Time | | 09/02/19 clsd | 02/28/20 clsd | 03/24/20 clsd |
| Location | Average | Average | Average | Average |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site | 8,208 sf | 8,740 | 7,978 | 7,286 |
| View | Typical | Typical | Typical | Typical |
| Design (Style) | Ranch | Ranch | Ranch | Ranch |
| Quality of Construction | Brk / Frm | Brk / Frm | Brk / Frm | Brk / Frm |
| Actual Age | 44 | 44 | 48 | 44 |
| Condition | Average | Average | Average | Average |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths |
| Room Count | 6 3 2 | 6 3 2 | 6 3 2 | 6 3 2 |
| Gross Living Area | 1,093 sq.ft. | 1,133 sq.ft. | 1,262 sq.ft. -4,225 | 1,133 sq.ft. |
| Basement & Finished | 0 Bsmt | 0 Bsmt | 0 Bsmt | 0 Bsmt |
| Rooms Below Grade | | | | |
| Functional Utility | Average | Average | Average | Average |
| Heating/Cooling | FA / CAC | FA / CAC | FA / CAC | FA / CAC |
| Energy Efficient Items | Typical | Typical | Typical | Typical |
| Garage/Carport | 1 Car Garage | 1 Car Garage | 2 Car Garage -8,000 | 1 Car Garage |
| Porch/Patio/Deck | Deck | Deck | Deck | Patio |
| Fireplace | 0 Fplc | 0 Fplc | 0 Fplc | 0 Fplc |
| Net Adjustment (Total) | | ☐ + ☐ - $ | ☐ + ☒ - $ -18,225 | ☐ + ☐ - $ |
| Adjusted Sale Price | | Net Adj. 0.0 % | Net Adj. 8.5 % | Net Adj. 0.0 % |
| of Comparables | | Gross Adj. 0.0 % $ 192,900 | Gross Adj. 8.5 % $ 195,775 | Gross Adj. 0.0 % $ 197,500 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    MLS / Assessor's Data
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    MLS Assessor's Data
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None Reported | None Reported | None Reported | None Reported |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS / Public Records | MLS / Public Records | MLS / Public Records | MLS / Public Records |
| Effective Date of Data Source(s) | 04/23/2020 | 04/23/2020 | 04/23/2020 | 04/23/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales    No prior sales or listings of the subject or it's comparables was found in
the past 3 years.

Summary of Sales Comparison Approach    All sales are within a 15% net adjustment, a 25% gross adjustment, and a 1 mile radius. Sales 2 and 5 were
adjusted for their seller assisted financing. A location adjustment was made to sale 4 as it sits on a well traveled through street. Sale 5 required
an adjustment for it's inferior condition lacking a kitchen update. A bath adjustment was made at $8,000 to sale 5, with size adjustments made at
$25 per sq. ft. Garage adjustments were made at $8,000 per parking space.

Indicated Value by Sales Comparison Approach $    195,000
Indicated Value by: Sales Comparison Approach $    195,000    Cost Approach (if developed) $    Income Approach (if developed) $
The indicated value is based mostly on the sales comparison approach. Typically, neither the cost, or the income approach are considered
applicable or necessary in valuations of existing, non- rental dwellings that are of typical style and construction in established residential areas.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$    195,000    , as of    04/23/2020    , which is the date of inspection and the effective date of this appraisal.

Main File No. T73 | Page # 6 of 19

## Uniform Residential Appraisal Report

File # T73

ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ |
|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | =$ |
| Quality rating from cost service    Effective date of cost data | | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport | Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | | =$ |
| | Less    Physical    Functional    External | | |
| | Depreciation | | =$( ) |
| | Depreciated Cost of Improvements | | =$ |
| | "As-is" Value of Site Improvements | | =$ |
| Estimated Remaining Economic Life (HUD and VA only)    Years | INDICATED VALUE BY COST APPROACH | | =$ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes  ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes  ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005                Page 3 of 6                Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

File # T73

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # T73

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Main File No. T73   Page # 9 of 19

## Uniform Residential Appraisal Report

File # T73

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Tom Schmidt | Name |
| Company Name  Warren Group, Inc. | Company Name |
| Company Address  P.O. Box 581, Warrenville, IL 60555 | Company Address |
| | |
| Telephone Number  (630) 393-7448 | Telephone Number |
| Email Address  tom@wgrp.org | Email Address |
| Date of Signature and Report  04/28/2020 | Date of Signature |
| Effective Date of Appraisal  04/23/2020 | State Certification # |
| State Certification #  556-001788 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  IL | |
| Expiration Date of Certification or License  09/30/2021 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 224 Gettysburg Dr | Date of Inspection |
| Bolingbrook, IL 60440 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $  195,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | COMPARABLE SALES |
| Company Name  Healthcare Associates | |
| Company Address  1151 E. Warrenville Rd., Naperville, IL | ☐ Did not inspect exterior of comparable sales from street |
| 60566-7053 | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # T73

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 224 Gettysburg Dr | 133 Delaware Dr | | 229 Lexington Dr | | | |
| | Bolingbrook, IL 60440 | Bolingbrook, IL 60440 | | Bolingbrook, IL 60440 | | | |
| Proximity to Subject | | 0.27 miles S | | 0.14 miles SE | | | |
| Sale Price | $ | $ 189,500 | | $ 190,000 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 150.16 sq.ft. | | $ 130.14 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS#10478124 | | MLS#10350470 | | | |
| Verification Source(s) | | Public Records | | Public Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | FHA | | FHA  Pts | -4,500 | | |
| Concessions | | 7 days on mkt | | 7 days on mkt | | | |
| Date of Sale/Time | | 09/27/19 clsd | | 06/18/19 clsd | | | |
| Location | Average | Inferior | +10,000 | Average | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 8,208 sf | 7,243 | | 9,192 | | | |
| View | Typical | Typical | | Typical | | | |
| Design (Style) | Ranch | Ranch | | Ranch | | | |
| Quality of Construction | Brk / Frm | Brk / Frm | | Brk / Frm | | | |
| Actual Age | 44 | 47 | | 48 | | | |
| Condition | Average | Average | | Inferior | +10,000 | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 6 / 3 / 2 | 6 / 3 / 2 | | 6 / 3 / 1 | +8,000 | | |
| Gross Living Area | 1,093 sq.ft. | 1,262 sq.ft. | -4,225 | 1,460 sq.ft. | -9,175 | sq.ft. | |
| Basement & Finished | 0 Bsmt | 0 Bsmt | | 0 Bsmt | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FA / CAC | FA / CAC | | FA / CAC | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | 1 Car Garage | 2 Car Garage | -6,000 | 1 Car Garage | | | |
| Porch/Patio/Deck | Deck | Deck | | Patio | | | |
| Fireplace | 0 Fplc | 0 Fplc | | 0 Fplc | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -2,225 | ☒ + ☐ - | $ 4,325 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 1.2 % | | Net Adj. 2.3 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 11.7 % | $ 187,275 | Gross Adj. 16.7 % | $ 194,325 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None Reported | None Reported | None Reported | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | MLS / Public Records | MLS / Public Records | MLS / Public Records | |
| Effective Date of Data Source(s) | 04/23/2020 | 04/23/2020 | 04/23/2020 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Main File No. T73    Page # 11 of 19

## Supplemental Addendum

File No. T73

| Borrower/Client | Twardowski, Ryan and Jessica |
|---|---|
| Property Address | 224 Gettysburg Dr |
| City | Bolingbrook | County | Will | State | IL | Zip Code | 60440 |
| Lender | Healthcare Associates |

Subject's highest and best use is as a single family property which is legally permissible, financially feasible and physically possible providing the greatest return and highest value.

This appraisal report has been prepared for the exclusive benefit of the above named lender. It may not be used or relied upon by any other party. Any party who uses or relies upon any information contained in this report without the preparer's written consent does so at his or her own risk. Possession of this report, or a copy thereof, does not carry with it the right of publication. It may not be used by any person, other than the party to whom it is addressed without the written consent of the appraiser, and in any event, only with the proper written qualifications and only in it's entirety.

Unless otherwise stated in this report, the existence of hazardous substances, including, without limitation, asbestos, polychlorinated biphenyls, petroleum leakage or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, which were not called to the attention of, nor did the appraiser become aware of such during the appraiser's inspection. The appraiser has no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraiser however, is not qualified to test such substances or conditions. The presence of such substances such as asbestos, urea formaldehyde, foam insulation or other hazardous substances or environmental conditions, may effect the value of the property. The value estimated is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss of value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

The electronic photographs and signatures incorporated into this report are originals and are password protected. This report may contain digital signatures which are in conformance with USPAP Standard 8. The software package utilized is nationally known with built in security features, also in conformance with Standard 8.

## Subject Photo Page

| Borrower/Client | Twardowski, Ryan and Jessica | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | |
| City | Bolingbrook | County | Will | State | IL | Zip Code | 60440 |
| Lender | Healthcare Associates | | | | | |



**Subject Front**

224 Gettysburg Dr
Sales Price
Gross Living Area      1,093
Total Rooms            6
Total Bedrooms         3
Total Bathrooms        2
Location               Average
View                   Typical
Site                   8,208 sf
Quality                Brk / Frm
Age                    44



**Subject Rear**



**Subject Street**



Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Interior Photos

| Borrower/Client | Twardowski, Ryan and Jessica | | | | |
|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | |
| City | Bolingbrook | County  Will | | State  IL | Zip Code  60440 |
| Lender | Healthcare Associates | | | | |





living room      dining room      kitchen





bedroom      bedroom      bedroom





hall bath



## Comparable Photo Page

| Borrower/Client | Twardowski, Ryan and Jessica | | | | |
|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | |
| City | Bolingbrook | County Will | | State IL | Zip Code 60440 |
| Lender | Healthcare Associates | | | | |



### Comparable 1

229 Lincolnshire Ln

| | |
|---|---|
| Prox. to Subject | 0.02 miles SE |
| Sale Price | 192,900 |
| Gross Living Area | 1,133 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Typical |
| Site | 8,740 |
| Quality | Brk / Frm |
| Age | 44 |



### Comparable 2

225 Lafayette Dr

| | |
|---|---|
| Prox. to Subject | 0.29 miles S |
| Sale Price | 214,000 |
| Gross Living Area | 1,262 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Typical |
| Site | 7,978 |
| Quality | Brk / Frm |
| Age | 48 |



### Comparable 3

304 Appling Ln

| | |
|---|---|
| Prox. to Subject | 0.14 miles SW |
| Sale Price | 197,500 |
| Gross Living Area | 1,133 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Average |
| View | Typical |
| Site | 7,286 |
| Quality | Brk / Frm |
| Age | 44 |

## Comparable Photo Page

Main File No. T73    Page # 15 of 19

| | |
|---|---|
| Borrower/Client | Twardowski, Ryan and Jessica |
| Property Address | 224 Gettysburg Dr |
| City | Bolingbrook    County  Will    State  IL    Zip Code  60440 |
| Lender | Healthcare Associates |



### Comparable 4

133 Delaware Dr
| | |
|---|---|
| Prox. to Subject | 0.27 miles S |
| Sales Price | 189,500 |
| Gross Living Area | 1,262 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Inferior |
| View | Typical |
| Site | 7,243 |
| Quality | Brk / Frm |
| Age | 47 |



### Comparable 5

229 Lexington Dr
| | |
|---|---|
| Prox. to Subject | 0.14 miles SE |
| Sales Price | 190,000 |
| Gross Living Area | 1,460 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | Average |
| View | Typical |
| Site | 9,192 |
| Quality | Brk / Frm |
| Age | 48 |



### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Photograph **Addendum**

| Borrower/Client | Twardowski, Ryan and Jessica | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | | |
| City | Bolingbrook | | County | Will | State | IL | Zip Code 60440 |
| Lender | Healthcare Associates | | | | | | |





**Location Map**

| Borrower/Client | Twardowski, Ryan and Jessica | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | |
| City | Bolingbrook | County | Will | State | IL | Zip Code 60440 |
| Lender | Healthcare Associates | | | | | |



**Location Map**

| Borrower/Client | Twardowski, Ryan and Jessica | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | | |
| City | Bolingbrook | | County | Will | State | IL | Zip Code 60440 |
| Lender | Healthcare Associates | | | | | | |



**Building Sketch**

Main File No. 773 | Page # 19 of 19

| Borrower/Client | Twardowski, Ryan and Jessica | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 224 Gettysburg Dr | | | | | |
| City | Bolingbrook | County | Will | State | IL | Zip Code | 60440 |
| Lender | Healthcare Associates | | | | | |



TOTAL Sketch by a la mode, inc.

Area Calculations Summary

| Living Area | | Calculation Details | |
|---|---|---|---|
| First Floor | 1092.8 Sq ft | 28 × 22.5 = | 630 |
| | | 17.8 × 26 = | 462.8 |
| Total Living Area (Rounded): | 1093 Sq ft | | |
| Non-living Area | | | |
| 1 Car Attached | 312 Sq ft | 26 × 12 = | 312 |

Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE